Robert L. Rosenthal, Esq.
Nevada Bar. No. 6476
John J. Savage, Esq.
Nevada Bar. No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
E-Mail Address:  rlr@h2law.com
                 jjs@h2law.com

Matthew S. Disbrow, Esq.
California State Bar No. 294764
HONIGMAN LLP
2290 First National Building
Detroit, Michigan 48226
Telephone: (313) 465-7000
E-Mail Address: mdisbrow@honigman.com
*Pro Hac Vice Application Forthcoming*
*Attorneys for Neuromonitoring Associates, LLC*

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL CHUA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEUROMONITORING ASSOCIATES, LLC, <br><br> Defendants. | Case No.: 2:25-cv-02266-JCM-MDC <br><br> **STIPULATION AND ORDER TO STAY ALL DEADLINES AND PROVIDE LIMITED EQUITABLE TOLLING** <br><br> (Action filed on November 17, 2025) |

Plaintiff Rachel Chua ("Plaintiff") and Defendant Neuromonitoring Associates, LLC ("NMA") (together, the Parties), by and through undersigned counsel, hereby stipulate as follows:

1.      All current case deadlines are stayed pending the Court's decision on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Venue or, Alternatively, to Compel Arbitration, filed on December 12, 2025  (the "Motion"). This stay includes the Federal Rule of Civil Procedure 26(f) conference, any related discovery plan and scheduling order deadlines, and all discovery and

1

motion deadlines otherwise applicable during the pendency of the Motion. No stay applies beyond the point of the Court's decision on the pending Motion absent further agreement of the Parties or order of the Court.

2.    The statute of limitations applicable to Fair Labor Standards Act claims of putative collective members in this action is tolled only from the date this Order is entered until the date the Court issues its ruling on the Motion. No tolling applies beyond that point absent further agreement of the Parties or order of the Court. This stipulated tolling applies only to putative collective members' FLSA claims asserted in this action against Defendant. Plaintiff reserves the right to seek additional tolling in this matter, which is not part of this stipulation, and Defendant reserves all rights and defenses regarding any such request for additional tolling.

3.    This stipulation does not constitute an admission by any party regarding any issue, including those pertaining to the pending Motion. All parties preserve all claims, defenses, objections, and arguments of the Parties, including as to arbitrability, collective certification, merits, and damages.

4.    If necessary, within 14 days after the Court issues its ruling on the Motion, the Parties will meet and confer and submit either a proposed discovery plan and scheduling order under Rule 26(f) or a joint status report advising the Court of proposed next steps consistent with the ruling.

5.    The Parties agree that good cause exists for the stay and limited tolling set forth herein to promote judicial economy and avoid unnecessary expense while the Motion is pending.

///

///

///

///

///

///

6.    On this 12th day of January, 2026, the Parties respectfully request that the Court enter the Order.

**IT IS SO STIPULATED.**

Dated: January 12, 2026

*Attorneys for Plaintiff*

By: /s/ Anna Prakash

LEAH L. JONES
Nevada State Bar No. 13161
JOSHUA D. BUCK
Nevada State Bar No. 12187
THIERMAN BUCK LAW FIRM
325 W. Liberty Street
Reno, NV 89501
Tel: 775.284.1500
Fax: 775.703.5027
leah@thiermanbuck.com
josh@thiermanbuck.com

RACHHANA SREY, MN No. 0340133
ANNA PRAKASH, MN No. 0351362
CAITLIN OPPERMAN, MN No. 0399978
NICHOLS KASTER, PLLP
80 South 8th Street
4700 IDS Center
Minneapolis, MN 55402
Tel: 612.256.3200
Fax: 612.338.4878
srey@nka.com
aprakash@nka.com
copperman@nka.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*

By:    /s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
Nevada Bar. No. 6476
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
E-Mail Address: rlr@h2law.com
Matthew S. Disbrow, Esq.
California State Bar No. 294764
HONIGMAN LLP
2290 First National Building
Detroit, Michigan 48226
Telephone: (313) 465-7000
E-Mail Address: mdisbrow@honigman.com
*Pro Hac Vice Application Forthcoming*

**ORDER**

Future filings must be filed in searchable pdf. format per LR IA 10-1(b). Filings which do not comply with LR IA 10-1(b) may be denied or rejected.

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: January 15, 2026_____

3